**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6531**

JAMES DAVIS,

                Plaintiff – Appellant,

        v.

DOCTOR REESE, Medical Doctor for North Neck Regional Jail;
MAJOR HULL; NURSE SNYDER; FRAZIER, Superintendent, North
Neck Regional Jail; RN NEAL, Medical,

                Defendants – Appellees,

        and

NORTHERN NECK REGIONAL JAIL,

                Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:08-cv-00096-LMB-JFA)

Submitted: September 29, 2009        Decided: October 6, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Davis, Appellant Pro Se.   Alexander Francuzenko, COOK,
KITTS & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Reese, No. 1:08-cv-00096-LMB-JFA (E.D. Va. Mar. 6, 2009). We deny Davis' motions for appointment of counsel and his motion to defer payment of the filing fee. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED